FILED
CLERK, U.S. DISTRICT COURT

MAY 26 2010

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Richard Ariesmendez, JR DEFENDANT(S). | CASE NUMBER ED10MJ124 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __the Government__, IT IS ORDERED that a detention hearing is set for __5-28-10__, _____, at __2:30__ ☐ a.m. ☒ p.m. before the Honorable __OSWALD PARADA__, in Courtroom __3__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: __5/26/10__

_____
U.S. District Judge/Magistrate Judge